UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DWUAN SESSION, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>COUNTY OF PUTNAM, )<br>DEPUTY BRIAN T. HELMER, JR., )<br>SHERIFF MARK T. FRISBIE, )<br>)<br>Defendants. ) | 1:05-cv-1768-JDT-TAB |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.   Consistent with the discussion in paragraph 1 of the Entry issued on December 14, 2005, the plaintiff's motion to remand is **denied.**

2.   The plaintiff seeks the entry of a default judgment based on the defendants' asserted unexplained delinquency in responding to discovery requests served on them by the plaintiff. The plaintiff's request for an entry of default or for a default judgment is **denied.** The reason for this ruling is that the defendants obtained an extension of time through March 3, 2006, in which to respond to the discovery served on them, and hence at this point are not delinquent in having failed to respond.

**IT IS SO ORDERED.**

_____
John Daniel Tinder, Judge
United States District Court

Date: 01/17/2006

Copies to:

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com

Wayne E. Uhl
STEPHENSON MOROW & SEMLER
wuhl@stephlaw.com

Dwuan Session
DOC #153801
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168